**IN THE MATTER OF THE PETITION**     *    **IN THE**
**FOR REINSTATEMENT OF**
**LAURA ELIZABETH JORDAN**    *    **COURT OF APPEALS**
**TO THE BAR OF MARYLAND**

                   *    **OF MARYLAND**

                   *    **Misc. Docket AG No. 96**

                   *    **September Term, 2020**

## ORDER

Upon consideration of the Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 29th day of June, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Laura Elizabeth Jordan is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Laura Elizabeth Jordan upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk